Dismissed, sua sponte, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill, Griffith and Herbert, JJ., concur.

38877. The State of Ohio, appellee v. Paul Wells, appellant. Franklin County. Appeal from the Court of Appeals. Dismissed, sua sponte, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill, Griffith and Herbert, JJ., concur.

38878. The State of Ohio, appellee v. Lloyd Ford, appellant. Franklin County. Appeal from the Court of Appeals. Dismissed, sua sponte, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill, Griffith and Herbert, JJ., concur.

38879. The State of Ohio, appellee v. The Hoffman Corp., appellant. Franklin County. Appeal from the Court of Appeals. Dismissed, sua sponte, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill, Griffith and Herbert, JJ., concur.

38880. The State of Ohio, appellee v. Dennis Lester, appellant. Franklin County. Appeal from the Court of Appeals. Dismissed, sua sponte, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill, Griffith and Herbert, JJ., concur.

38881. The State of Ohio, appellee v. Frank Johnson, appellant. Franklin County. Appeal from the Court of Appeals. Dismissed, sua sponte, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill, Griffith and Herbert, JJ., concur.

38882. The State of Ohio, appellee v. The Hoffman Corp., appellant. Franklin County. Appeal from the Court of Appeals. Dismissed, sua sponte, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill, Griffith and Herbert, JJ., concur.

38883. The State of Ohio, appellee v. Christine Simons, appellant. Franklin County. Appeal from the Court of Appeals. Dismissed, sua sponte, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill, Griffith and Herbert, JJ., concur.

38892. George W. Ulch v. E. L. Maxwell, Warden. In Habeas Corpus. Petitioner remanded to custody. Taft, C. J., Zimmerman, Matthias, O'Neill, Griffith, Herbert and Gibson, JJ., concur.

38970. Philip J. Linn, appellant v. Frank P. Celeste, Mayor, appellee. Cuyahoga County. Appeal from the Court of Appeals. Dismissed, sua sponte, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill, Griffith, Herbert and Gibson, JJ., concur.

38971. Philip J. Linn, appellant v. Charlton D. Hull et al., appellees. Cuyahoga County. Appeal from the Court of Appeals. Dismissed, sua sponte, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill, Griffith, Herbert and Gibson, JJ., concur.

39035. W. Delbert DeHass, appellant v. Ohio Public Health Council et al., appellees. Franklin County. Appeal from the Court of Appeals. Dismissed, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill, Griffith, Herbert and Gibson, JJ., concur.

39036. Robert Hubbard et al., appellees v. Edward M. Pape et al., appellants. Hamilton County. Appeal from the Court of Appeals. Dismissed, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill, Griffith, Herbert and Gibson, JJ., concur.

39041. Thomas Mims, appellee v. Lennox-Haldeman Co. et al., appellants. Cuyahoga County. Appeal from the Court of Appeals. Dismissed, sua sponte, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, Griffith and Gibson, JJ., concur.

39049. The State of Ohio, appellee v. John Ciesielski, appellant. Columbiana County. Appeal from the Court of Appeals. Dismissed, sua sponte, no substantial constitutional question involved. Zimmerman, O'Neill, Griffith and Herbert, JJ., concur.

39052. B. A. Mull, appellee v. George LaCava, appellant. Cuyahoga County. Appeal from the Court of Appeals. Dismissed, sua sponte, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill, Griffith, Herbert and Gibson, JJ., concur.

39058. City of South Euclid, appellee v. August Palladino, Jr., et al., appellants. Cuyahoga County. Appeal from the Court of Appeals. Dismissed, sua sponte, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill, Griffith, Herbert and Gibson, JJ., concur.

39068. Garnet A. Ramey, appellant v. Lawrence Mets et al., appellees. Pickaway County. Appeal from the Court of Appeals. Dismissed, sua sponte, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill, Griffith and Gibson, JJ., concur.

39074. Beef Burger, Inc., appellant v. Board of Zoning Appeals of the City of Mayfield Heights, appellee. Cuyahoga County. Appeal from the Court of Appeals. Dismissed, sua sponte, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill, Griffith and Gibson, JJ., concur.

39118. William R. Weston v. E. B. Haskins, Supt., London Correctional Institution. In Habeas Corpus. Petitioner remanded to custody. Taft, C. J., Zimmerman, Matthias, O'Neill, Griffith, Herbert and Gibson, JJ., concur.